JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE D. FORD,<br><br>               Petitioner,<br><br>               v.<br><br>RAYMOND MADDEN, Warden,<br><br>               Respondent. | Case No. 5:18-00956 GW (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: April 30, 2021

                                                                                                            _____<br>
                                                                                    THE HONORABLE GEORGE H. WU<br>
                                                                                     United States District Judge